| | FOM Index | GDD | Baseload Volume | Baseload Price | Baseload Invoice | Cut / Replacement Volume | Cut / Replacement Price | Cut / Replacement Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | 2.52 | $ 2.55 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.625 | $ - |
| 2 | 2.52 | $ 2.68 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.760 | $ - |
| 3 | 2.52 | $ 2.82 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.900 | $ - |
| 4 | 2.52 | $ 2.79 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.870 | $ - |
| 5 | 2.52 | $ 2.85 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.930 | $ - |
| 6 | 2.52 | $ 3.56 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 3.640 | $ - |
| 7 | 2.52 | $ 3.56 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 3.640 | $ - |
| 8 | 2.52 | $ 3.56 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 3.640 | $ - |
| 9 | 2.52 | $ 3.66 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 3.755 | $ - |
| 10 | 2.52 | $ 4.03 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 4.155 | $ - |
| 11 | 2.52 | $ 9.62 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 9.620 | $ - |
| 12 | 2.52 | $ 44.78 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 44.780 | $ - |
| 13 | 2.52 | $ 329.60 | 394.36 | $ 2.665 | $ 1,050.96 | 316.16 | $ 328.21 | $ 103,766.33 |
| 14 | 2.52 | $ 329.60 | 394.36 | $ 2.665 | $ 1,050.96 | 63.26 | $ 328.21 | $ 20,761.33 |
| 15 | 2.52 | $ 329.60 | 394.36 | $ 2.665 | $ 1,050.96 | 63.26 | $ 328.21 | $ 20,761.33 |
| 16 | 2.52 | $ 329.60 | 394.36 | $ 2.665 | $ 1,050.96 | 63.26 | $ 328.21 | $ 20,761.33 |
| 17 | 2.52 | $ 622.79 | 394.36 | $ 2.665 | $ 1,050.96 | 63.26 | $ 125.00 | $ 7,907.00 |
| 18 | 2.52 | $ 44.53 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 44.530 | $ - |
| 19 | 2.52 | $ 7.95 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 7.945 | $ - |
| 20 | 2.52 | $ 4.39 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 4.385 | $ - |
| 21 | 2.52 | $ 4.39 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 4.385 | $ - |
| 22 | 2.52 | $ 4.39 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 4.385 | $ - |
| 23 | 2.52 | $ 2.69 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.690 | $ - |
| 24 | 2.52 | $ 2.70 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.700 | $ - |
| 25 | 2.52 | $ 2.67 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.665 | $ - |
| 26 | 2.52 | $ 2.47 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.445 | $ - |
| 27 | 2.52 | $ 2.47 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.465 | $ - |
| 28 | 2.52 | $ 2.47 | 394.36 | $ 2.665 | $ 1,050.96 | 0 | $ 2.465 | $ - |
| | | | 11,042 | | $ 29,426.92 | 569 | | $ 173,957.32 |

Exhibit B