

**BlueMark Energy, LLC**

4200 East Skelly Drive, Suite 300
Tulsa, OK 74135
(918) 238-2001
www.BlueMarkEnergy.com

**Alma, City of**

Balderson Rd
Alma, KS 66401
Attn: Sherry Smith
Email:ssmith@cityofalma-kansas.com

| Billing Account # : | 1-2388 |
|---|---|
| Invoice #: | 1-2388-12-20212 |
| Total Amount Due: | $638,190.63 |
| Payment Terms: | Net 10 |

Thank you for allowing BlueMark Energy, LLC to serve your energy needs. We Appreciate your business.

**Data contained herein is subject to pipeline and utility true-up.**

| Service Period | Pipeline | Charge Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Alma, City of: Alma, City of  Alma, KS  County: Wabaunsee | | | | | |
| 2/1/2021 - 2/28/2021 | KGS Mainline | Usage at first of Month | 11,042 | $2.66500 | $29,426.93 |
| 2/1/2021 - 2/28/2021 | KGS Mainline | Excess Usage | 2,707 | $224.88500 | $608,763.70 |
| | | | 13,749 | | $638,190.63 |
| 2/1/2021 - 2/28/2021 | KGS Mainline | Alma, KS | | $0.01000 | $0.00 |
| 2/1/2021 - 2/28/2021 | KGS Mainline | Kansas State Tax | | $0.06500 | $0.00 |
| 2/1/2021 - 2/28/2021 | KGS Mainline | Wabaunsee County, KS | | $0.01500 | $0.00 |
| | | | | | $0.00 |
| | | Total for Point: Alma, City of | | | $638,190.63 |
| | | *- A fuel rate of 0.05 % was used for this service period and point.* | | | |
| | | Total for Pipeline: KGS Mainline | 13,749 | | $638,190.63 |
| | | **Total Invoice Amount:** | | | $638,190.63 |

| Remit To | Wire Transfer | | |
|---|---|---|---|
| BlueMark Energy, LLC  4200 East Skelly Drive, Suite 300  Tulsa, OK 74135 | Mabrey Bank, Bixby, OK  ABA:   103112112  Account:   2333615 | Invoice #:  Billing Account # :  Date Mailed:  Date Due:  Total Amount Due: | 1-2388-12-20212  1-2388  3/4/2021  3/14/2021  $638,190.63 |

Print Date: 3/4/2021
Print Time: 3:10 PM

Page 1 of 1

Exhibit C