## Class A Shareholders

**Michael Westbrock**
2431 E. 34th Street
Tulsa, OK 74105

**Andrew C. Nash**
4728 S. Atlanta Place
Tulsa, OK 74105

**Ronald D. Bethel**
4614 S. Knoxville Ave
Tulsa, OK 74135

## Class B Shareholders

**Amy Rene Westbrock Revocable Trust**
*Member:  Amy Westbrock*
2431 E. 34th Street
Tulsa, OK 74105

**Donna C. Witt Revocable Trust**
*Member:  Donna Witt*
3131 S. Columbia Circle
Tulsa, OK 74105

**Pinnacle Investments 1994, LLC**
*Member:  ↳Pinnacle Investments 1995, LLC*
Grantor:  James Bertelsmeyer
2660 S. Birmingham Avenue
Tulsa, OK 74114

*Member:  Beth E. Bertelsmeyer Snapp Trust*
Beneficiary:  Beth Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

*Member:  Amy R. Bertelsmeyer Westbrock Trust*
Beneficiary:  Amy Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  James T. Snapp Trust*
Beneficiary:  James T. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

1st Amended Complaint Exhibit B

*Member:  Courtney C. Snapp Trust*
Beneficiary:  Courtney C. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

*Member:  Turner J. Snapp Trust*
Beneficiary:  Turner J. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

*Member:  Caroline R. Snapp Trust*
Beneficiary:  Caroline R. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

*Member:  Megan R. Westbrock Trust*
Beneficiary:  Megan R. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  Trenton M. Westbrock Trust*
Beneficiary:  Trenton M. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  Tyler B. Westbrock Trust*
Beneficiary:  Tyler B. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  Thomas P. Westbrock Trust*
Beneficiary:  Thomas P. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  Madeline K. Westbrock Trust*
Beneficiary:  Madeline K. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  Bertelsmeyer Grandchildren Trust*
Beneficiaries:  Snapp/Westbrock grandchildren (listed above)

*Member:  Pinnacle Investments, LLC*
Beneficiary:  James Bertelsmeyer

*Bertelsmeyer Family Irrevocable Trust (BFIT)*

Beneficiaries:  James Bertelsmeyer, Beth Snapp, Amy Westbrock

**Dunbar Family Partnership**

*Grantor Member:  Kent Dunbar*

6724 South Granite Avenue

Tulsa, OK 74136

Warren Kent Dunbar—6724 South Granite Avenue, Tulsa, OK  74136

Margo Ruth Dunbar—same address

Maureen Ruth Dunbar Franklin—6926 South 77th East Avenue, Tulsa, OK  74133

Anne Marie Dunbar Ostmeyer—714 Bull Run, Eagle, CO  81631