**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BLUEMARK ENERGY, LLC.,**

      **Plaintiff,**

**v.**                                                         **Case No. 21-CV-04088-DDC-ADM**

**CITY OF ALMA, KANSAS,**

      **Defendant.**

---

### RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

---

Plaintiff, BlueMark Energy, LLC, ("BlueMark") responds to the Court's Notice and Order to Show Cause citing deficiencies in the Complaint's diversity jurisdiction allegations.

Plaintiff has filed a First Amended Complaint which alleges that all members of BlueMark Energy, LLC, and all constituent individuals owning or having any interest in any member which is an LLC, trust or unincorporated association are residents and citizens of States other than Kansas. Attached as Exhibit B to the Amended Complaint is a list of the names and addresses of all such individuals, which clearly establishes diversity jurisdiction.

1

Respectfully submitted,

MORRIS, LAING, EVANS, BROCK
   & KENNEDY, CHARTERED


*/s/ Roger N. Walter*
Roger N. Walter, #08620
rwalter@morrislaing.com
Jeffery L. Carmichael, #11085
jcarmichael@morrislaing.com
C. Michael Lennen, #08505
mlennen@morrislaing.com
800 SW Jackson St., Suite 1310
Topeka, KS 66612-1216
Phone:  (785) 232-2662
Facsimile:  (785) 232-9983
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that on this 16th day of December, 2021, a true and correct copy of the above and foregoing was filed with the Clerk of the U.S. District Court via the Court's ECF filing system which automatically transmits an Electronic Notice to all parties of record.

*/s/ Roger N. Walter*
Roger N. Walter, #08620