## Class A Shareholders

**Michael Westbrock**
2431 E. 34th Street
Tulsa, OK 74105

**Andrew C. Nash**
4728 S. Atlanta Place
Tulsa, OK 74105

**Ronald D. Bethel**
4614 S. Knoxville Ave
Tulsa, OK 74135

## Class B Shareholders

**1. Amy Rene Westbrock Revocable Trust**
*Trustee:  Amy Westbrock*
2431 E. 34th Street
Tulsa, OK 74105

**2. Donna C. Witt Revocable Trust**
*Trustee:  Donna Witt*
3131 S. Columbia Circle
Tulsa, OK 74105

**3. Pinnacle Investments 1994, LLC members:**
*Member:  ↓Pinnacle Investments 1995, LLC*
Sole Member of Pinnacle Investments 1995, LLC:  James Bertelsmeyer
2660 S. Birmingham Avenue
Tulsa, OK 74114

*Member:  Beth E. Bertelsmeyer Snapp Trust*
Trustee:  Beth Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

*Member:  Amy R. Bertelsmeyer Westbrock Trust*
Trustee:  Amy Westbrock
2431 E. 34th Street
Tulsa, OK 74105

*Member:  James T. Snapp Trust*
Trustee:  James T. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

2nd Amended Complaint Exhibit B

**Member:  Courtney C. Snapp Trust**
Trustee:  Courtney C. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

**Member:  Turner J. Snapp Trust**
Trustee:  Turner J. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

**Member:  Caroline R. Snapp Trust**
Trustee:  Caroline R. Snapp
3106 S. Columbia Circle
Tulsa, OK 74105

**Member:  Megan R. Westbrock Trust**
Trustee:  Megan R. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

**Member:  Trenton M. Westbrock Trust**
Trustee:  Trenton M. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

**Member:  Tyler B. Westbrock Trust**
Trustee:  Tyler B. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

**Member:  Thomas P. Westbrock Trust**
Trustee:  Thomas P. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

**Member:  Madeline K. Westbrock Trust**
Trustee:  Madeline K. Westbrock
2431 E. 34th Street
Tulsa, OK 74105

**Member:  Bertelsmeyer Grandchildren Trust**
Co-Trustees:  Madeline K. Westbrock, Thomas P. Westbrock, Tyler Westbrock, Trenton
          Wesbrock, Megan Westbrock, Caroline Snapp, Turner Snapp, Courtney C. Snapp,
          James T. Snapp (all addresses as listed above)

**Member:  Pinnacle Investments, LLC**
Sole Member:  James Bertelsmeyer

2nd Amended Complaint Exhibit B

*Bertelsmeyer Family Irrevocable Trust (BFIT)*
Trustees:  James Bertelsmeyer, Beth Snapp, Amy Westbrock

**4. Dunbar Family Partnership members:**
*Partner:  Kent Dunbar*
6724 South Granite Avenue
Tulsa, OK 74136

**Partner:  Warren Kent Dunbar and Margo Ruth Dunbar**
6724 South Granite Avenue
Tulsa, OK  74136

**Partner:  Maureen Ruth Dunbar Franklin**
6926 South 77th East Avenue
Tulsa, OK  74133

**Partner: Anne Marie Dunbar Ostmeyer**
714 Bull Run
Eagle, CO  81631

2nd Amended Complaint Exhibit B