IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLUEMARK ENERGY, LLC,

        Plaintiff,

vs.                                              Case No. 21-CV-04088-DD-ADM

CITY OF ALMA, KANSAS,

        Defendant.

# **ENTRY OF APPEARANCE**

Justice B. King of the firm of Fisher, Patterson, Sayler & Smith, L.L.P. enters his appearance as additional counsel for the defendant, City of Alma, Kansas. Such attorney of record would further request that he be served with copies of any and all pleadings, notices, and other documents hereafter involved in this proceeding.

        Respectfully submitted,

        /s/ Justice B. King
        Justice B. King    #09009
        FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
        3550 S.W. 5th Street
        Topeka, KS  66606
        (785) 232-7761 / (785) 232-6604 – fax
        E-mail: jking@fpsslaw.com
        **Attorney for Defendant**

{T0473829}        1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger N. Walter, #08620
Jeffery L. Carmichael, #11085
C. Michael Lennen, #08505
MORRIS, LAING, EVANS, BROCK & KENNEDY, CHARTERED
800 S.W. Jackson St., Suite 1310
Topeka, KS 66612-1216
(785) 232-2662 | (785) 232-9983 – fax
rwalter@morrislaing.com
jcarmichael@morrislaing.com
mlennen@morrislaing.com
**Attorneys for Plaintiff**

Tom R. Barnes, #13437
Quentin E. Kurtz, #11536
STUMBO HANSON, LLP
2887 S.W. MacVicar Ave.
Topeka, KS 66611
(785) 267-3410 | (785) 267-9516 – fax
tom@stumbolaw.com
quentin@stumbolaw.com
**Attorneys for Defendant**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ Justice B. King
Justice B. King