**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BLUEMARK ENERGY, LLC.,**

    **Plaintiff,**

v.                                         Case No. 21-CV-04088-DDC-ADM

**CITY OF ALMA, KANSAS,**

    **Defendant.**

**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW the Plaintiff, BlueMark Energy, LLC, by and through counsel, Roger N. Walter of Morris, Laing, Evans, Brock & Kennedy, Chtd., to serve notice that Plaintiff's Rule 26(a)(1) initial disclosures have been served upon all counsel of record.

                Respectfully submitted,

                MORRIS, LAING, EVANS, BROCK
                   & KENNEDY, CHARTERED

                */s/ Roger N. Walter*
                Roger N. Walter, #08620
                rwalter@morrislaing.com
                Jeffery L. Carmichael, #11085
                jcarmichael@morrislaing.com
                C. Michael Lennen, #08505
                mlennen@morrislaing.com
                800 SW Jackson St., Suite 1310
                Topeka, KS 66612-1216
                Phone:  (785) 232-2662
                Facsimile:  (785) 232-9983
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that on this 1st day of March, 2022, a true and correct copy of the above and foregoing was filed with the Clerk of the U.S. District Court via the Court's ECF filing system which automatically transmits an Electronic Notice to all parties of record.

              */s/ Roger N. Walter*
              Roger N. Walter, #08620
              *Attorneys for Plaintiff*