IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLUEMARK ENERGY, LLC,

        Plaintiff,

vs.                               Case No. 21-CV-04088-DD-ADM

CITY OF ALMA, KANSAS,

        Defendant.

## NOTICE OF SERVICE OF INITIAL RULE 26 DISCLOSURES

Defendant notifies the Court and plaintiff that Rule 26(a)(1) initial disclosures were electronically served upon counsel for plaintiff, by emailing the same to counsel of record on the 1st day of March, 2022.

Respectfully submitted,

/s/ Justice B. King
Justice B. King     #09009
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
jking@fpsslaw.com

and

Tom R. Barnes     #13437
Quentin E. Kurtz     #11536
STUMBO HANSON, LLP
2887 S.W. MacVicar Ave.
Topeka, KS 66611
(785) 267-3410 | (785) 267-9516 – fax
tom@stumbolaw.com
quentin@stumbolaw.com

**Attorneys for Defendant**

{T0474205}         1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Roger N. Walter, #08620
>Jeffery L. Carmichael, #11085
>C. Michael Lennen, #08505
>MORRIS, LAING, EVANS, BROCK & KENNEDY, CHARTERED
>800 S.W. Jackson St., Suite 1310
>Topeka, KS 66612-1216
>(785) 232-2662 | (785) 232-9983 – fax
>rwalter@morrislaing.com
>jcarmichael@morrislaing.com
>mlennen@morrislaing.com
>**Attorneys for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

>/s/ Justice B. King
>Justice B. King