IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BLUEMARK ENERGY, LLC.,**

  **Plaintiff,**

v.                Case No. 21-CV-04088-DDC-ADM

**CITY OF ALMA, KANSAS,**

  **Defendant.**

### JOINT MOTION FOR LEAVE TO FILE
### AGREED PROTECTIVE ORDER

  **COMES NOW** the Plaintiff, by and through counsel, Roger N. Walter of Morris, Laing, Evans, Brock & Kennedy, Chtd. and the Defendant, City of Alma, Kansas by and through counsel, Justice B. King of Fisher, Patterson, Sayler & Smith, L.L.P., and file this joint motion for leave of the Court to file the revised Agreed Protective Order as submitted to the Court.

Prepared and approved by:

*/s/ Roger N. Walter*
Roger N. Walter, #08620
MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD.
800 SW Jackson Street, Ste. 1310
Topeka, KS  66612
Ph. (785) 232-2662
Fx. (785) 232-9983
Email: rwalter@morrislaing.com
*Attorneys for Plaintiff*

Approved by:

*/s/ Justice B. King*
Justice B. King, #09009
FISHER, PATTERSON, SAYLER & SMITH L.L.P.
3550 S.W. 5th Street
Topeka, Kansas  66606
Ph: (785) 232-7761
Fx: (785) 232-6604
Email: jking@fpsslaw.com
Attorneys for Defendant