IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLUEMARK ENERGY, LLC,

                Plaintiff,

      vs.                                  Case No. 21-CV-04088-DD-ADM

CITY OF ALMA, KANSAS,

                Defendant.

# ADR REPORT

**TYPE OF ADR:**        **Mediation** ☒        **Other:** _____ ☐

**Name of Mediator or other Neutral:** Robert J. Schmisseur

**ADR Session Held (date):** May 24, 2022

**Additional Session(s) Held, if any (date):** None.

**Results of Referral to ADR**

☐ Case settled **before** ADR        ☒ Case did **not** settle

☐ Case settled **at** ADR session      ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):

Did neutral serve pro bono?      Yes ☐      No ☒
Did neutral serve for a reduced fee?  Yes ☐      No ☒

**Status of litigation when ADR occurred** - please check one:

TRO ☐      pre-discovery ☐      partial discovery ☒      discovery complete ☐

pending dispositive motion ☐      After dispositive motion ☐    other ☐ _____

**Length of ADR session:**      ___4.5___ hours

{T0475116}            1

Respectfully submitted,

/s/ Justice B. King
Justice B. King                       #09009
Samuel A. Green            #24221
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
jking@fpsslaw.com | sgreen@fpsslaw.com

and

Tom R. Barnes                    #13437
Quentin E. Kurtz           #11536
STUMBO HANSON, LLP
2887 S.W. MacVicar Ave.
Topeka, KS 66611
(785) 267-3410 | (785) 267-9516 – fax
tom@stumbolaw.com
quentin@stumbolaw.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger N. Walter, #08620
Jeffery L. Carmichael, #11085
C. Michael Lennen, #08505
MORRIS, LAING, EVANS, BROCK & KENNEDY, CHARTERED
800 S.W. Jackson St., Suite 1310
Topeka, KS 66612-1216
(785) 232-2662 | (785) 232-9983 – fax
rwalter@morrislaing.com
jcarmichael@morrislaing.com
mlennen@morrislaing.com
**Attorneys for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ Justice B. King
Justice B. King

{T0475116}                    2