IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLUEMARK ENERGY, LLC,

        Plaintiff,

vs.                                      Case No. 21-CV-04088-DD-ADM

CITY OF ALMA, KANSAS,

        Defendant.

# **DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**

Defendant City of Alma hereby discloses the following witnesses it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. Such witnesses are disclosed pursuant to F.R.C.P. 26(a)(2)(c). The witnesses the City of Alma may use to present such testimony are as follows:

(A)    Greg Wright
           Priority Power Management, LLC

Mr. Wright is expected to present testimony as to the usage of natural gas by the City in February of 2021, the contract between the City and plaintiff relative to providing such gas to the City, the amount charged by plaintiff for such gas, the appropriate charge for such gas, and the payment by the City to plaintiff for all amounts owed to plaintiff for February of 2021.

It is anticipated that Mr. Wright will testify that the volume of gas which should have been provided to the City as part of its daily volume was 394.36 MMBtu at a price of approximately $2.665 per MMBtu for February 2021. That was the price charged to the City for the daily volume for all but five days in February 2021. During this five-day period, plaintiff

claims it was unable to obtain gas from its normal supplier and, consequently, went into the daily market to attempt to secure volumes necessary to meet the supply shortfall. It then attempted to pass the cost on to the City resulting in the bill disputed by the City which charged as much as $328 per MMBtu rather than $2.665 per MMBtu for daily volume supplied.

In initially presenting the February bill to the City it appeared that the daily volume was being supplied at the agreed upon price of $2.665 per MMBtu, and that only the amount in excess of the daily volume was being charged at a higher rate. Upon further inquiry, however, it appears that for the five days in question the daily volume was not charged at the agreed upon $2.665 per MMBtu price but was charged at cost plus a swing adder. In other words, some of the gas supplied as part of the daily volume agreed to by the parties during this five-day period was charged as if it was in excess of the daily volume contracted for by the City when it was not, in fact, in excess of the daily volume. This resulted in a bill which was $172,440.45 in excess of the amount actually owed by the City for February of 2021.

(B)  Michael Slobodnik
     City Superintendent
     City of Alma

Mr. Slobodnik is expected to present testimony consistent with the testimony of Mr. Wright in the same subject areas as will be testified to by Mr. Wright.

Respectfully submitted,

/s/ Justice B. King
Justice B. King                                      #09009
Samuel A. Green                                      #24221
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
jking@fpsslaw.com | sgreen@fpsslaw.com

and

{T0475265}                          2

        Tom R. Barnes   #13437
        Quentin E. Kurtz   #11536
        STUMBO HANSON, LLP
        2887 S.W. MacVicar Ave.
        Topeka, KS 66611
        (785) 267-3410 | (785) 267-9516 – fax
        tom@stumbolaw.com
        quentin@stumbolaw.com

**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Roger N. Walter, #08620
    Jeffery L. Carmichael, #11085
    C. Michael Lennen, #08505
    MORRIS, LAING, EVANS, BROCK & KENNEDY, CHARTERED
    800 S.W. Jackson St., Suite 1310
    Topeka, KS 66612-1216
    (785) 232-2662 | (785) 232-9983 – fax
    rwalter@morrislaing.com
    jcarmichael@morrislaing.com
    mlennen@morrislaing.com
    **Attorneys for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: No one.

        /s/ Justice B. King
        Justice B. King