IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLUEMARK ENERGY, LLC,

Plaintiff,

vs. Case No. 21-CV-04088-DD-ADM

CITY OF ALMA, KANSAS,

Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared hereby stipulate that all claims by plaintiff against defendant are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted,

/s/ Justice B. King

Justice B. King #09009
Samuel A. Green #24221
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS 66606
(785) 232-7761 / (785) 232-6604 – fax
jking@fpsslaw.com | sgreen@fpsslaw.com

and

Tom R. Barnes #13437
Quentin E. Kurtz #11536
STUMBO HANSON, LLP
2887 S.W. MacVicar Ave.
Topeka, KS 66611
(785) 267-3410 | (785) 267-9516 – fax
tom@stumbolaw.com
quentin@stumbolaw.com
**Attorneys for Defendant**

/s/ Roger N. Walter
Roger N. Walter #08620
Jeffery L. Carmichael #11085
C. Michael Lennen #08505
MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD
800 S.W. Jackson St., Suite 1310
Topeka, KS 66612-1216
(785) 232-2662 | (785) 232-9983 – fax
rwalter@morrislaing.com
jcarmichael@morrislaing.com
mlennen@morrislaing.com
**Attorneys for Plaintiff**